**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Joshua Michael LUKACH, Respondent**

**No. 313 MAL 2017**

Supreme Court of Pennsylvania.

September 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

  a.  As a matter of first impression, did the Pennsylvania Superior Court err in holding that a suspect that is subject to custodial interrogation clearly and unambiguously invokes his right to remain silent under the standard articulated in *Berghuis v. Thompkins*, 130 S.Ct. 2250 (2010), where he makes a statement that he does not wish to talk, but, qualifies that statement with a statement of "I don't know" and a general assertion of innocence?

  b.  Did the Pennsylvania Superior Court commit an error of law when it applied the wrong legal standard in affirming suppression of the physical evidence found as the "fruits" of [r]espondent's confession where there was only a violation of the prophylactic rules of *Miranda* and the confession was not a product of coercion?

■

**IN RE: A.R., Minor Child**

**Petition of: L.T., Birth Father**

**No. 340 WAL 2017**

Supreme Court of Pennsylvania.

September 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.